IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

J & S TECHNOLOGIES, INC., II,

        Appellant,

v.

HABCO ENGINEERS & ERECTORS, INC.,

        Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

CASE NO. 1D13-4740

Opinion filed November 14, 2014.

An appeal from the Circuit Court for Duval County.
Hon. L. P. Haddock, Judge.

Henry G. Gyden of Anderson Law Group, Clearwater, for Appellant.

Ryan C. Wagner of Lawcraft, Plantation, for Appellee.

PER CURIAM.

        Since there remain genuine issues of material fact, as pointed out by appellant under its first point on appeal, we hold the trial court erred in entering final summary judgment in favor of appellee. For this reason, we do not reach the

merits of appellant's second point, but, instead, remand the cause to the trial court for further proceedings.

REVERSED and REMANDED for further proceedings consistent with this opinion.

PADOVANO, WETHERELL, and SWANSON, JJ., CONCUR.